# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0789

VERSUS

MAJUANGY JONATHAN EVANS                          **OCTOBER 18, 2024**

---

In Re:    Majuangy Jonathan Evans, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany, No.
          0986-F-2023.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT DENIED.**

                          **JMG**
                          **AHP**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT